156 A.3d 1042

IN THE MATTER OF STEVEN H. SALAMI, AN ATTORNEY
AT LAW (ATTORNEY NO. 037192000)

MARCH 30, 2017

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15–419, concluding that as a matter of final discipline pursuant to *Rule* 1:20–13(c), **STEVEN H. SALAMI** of **HAZLET,** who was admitted to the bar of this State in 2000, should be censured based on respondent's guilty plea to simple assault, in violation of *N.J.S.A.* 2C:12–1(a)(1), unethical conduct that violates *RPC* 8.4(b)(commission of a criminal act that reflects

adversely on an attorney's honesty, trustworthiness or fitness as a lawyer);

And **STEVEN H. SALAMI** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **STEVEN H. SALAMI** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.